IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 11-cv-01389-WJM-KLM

GENETIC TECHNOLOGIES LIMITED, an Australian Corporation

    Plaintiff

v.

AGILENT TECHNOLOGIES, INC., a Delaware Corporation,
BRISTOL-MYERS SQUIBB COMPANY, a Delaware Corporation,
EUROFINS STA LABORATORIES, INC., a Colorado Corporation
GLAXOSMITHKLINE, PLC, a British Company,
HOLOGIC, INC., a Delaware Corporation,
MERIAL L.L.C., a Delaware Limited Liability Company
NAVIGENICS, INC., a Delaware Corporation,
NEOGEN CORPORATION, a Michigan Corporation,
PFIZER, INC., a Delaware Corporation; and
454 LIFE SCIENCES CORPORATION, a Delaware Corporation

    Defendants.

---

**ORDER VACATING ORIGINAL ORDER OF REFERENCE
IN CIVIL ACTION 11-cv-1389-WJM**

---

This matter comes before the Court *sua sponte*. Pursuant to discussions with Magistrate Judge Kristen L. Mix, this Court finds that given this Court's pending patent case load, the interests of justice are best served if Magistrate Judge Mix is reassigned to case 11-cv-1389-WJM-MEH. As required by D.C.COLO.LCivR 40.1A approval from Chief Judge Wiley Y. Daniel has been granted for the transfer of Magistrate Judge responsibilities in this case to Magistrate Judge Mix.

It is therefore ORDERED that the Order Referring Case entered on May 31, 2011 (ECF No. 4) is hereby VACATED.

It is FURTHER ORDERED that Magistrate Judge Kristen L. Mix is hereby designated to conduct NDISPO proceedings in this case pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed.R.Civ.P. 72(a) and (b).

IT IS FURTHER ORDERED that all future filings in this action shall be docketed under the case number11-cv-01389-WJM-KLM.

Dated this 5th day of July, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge