IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01389-WJM-KLM

GENETIC TECHNOLOGIES LIMITED, an Australian corporation,

    Plaintiff,

v.

AGILENT TECHNOLOGIES, INC., a Delaware corporation,
BRISTOL-MYERS SQUIBB COMPANY, a Delaware corporation,
EUROFINS STA LABORATORIES, INC., a Colorado corporation,
GLAXOSMITHKLINE PLC, a British company,
HOLOGIC, INC., a Delaware corporation,
MERIAL L.L.C., a Delaware limited liability company,
NAVIGENICS, INC., a Delaware corporation,
NEOGEN CORPORATION, a Michigan corporation,
PFIZER INC., a Delaware corporation, and
454 LIFE SCIENCES CORPORATION, a Delaware corporation,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant Merial LLC's **Unopposed Motion for Leave to Have One of Its Counsel Appear by Telephone at the Preliminary Scheduling Conference** [Docket No. 70; Filed August 8, 2011]; Defendant Agilent Technologies, Inc.'s **Unopposed Motion to Appear by Telephone at the Rule 16(a) Scheduling Conference** [Docket No. 73; Filed August 9, 2011]; Defendant Neogen Corporation's **Unopposed Motion for Permission to Attend Preliminary Scheduling Conference by Telephone** [Docket No. 76; Filed August 9, 2011]; and Defendant Hologic, Inc's **Unopposed Motion to Appear by Telephone at Preliminary Scheduling Conference** [Docket No. 78; Filed August 9, 2011] (collectively, the "Motions").

    IT IS HEREBY **ORDERED** that the Motions are **GRANTED**.  On the date and time of the conference, counsel who have been given permission to appear by telephone shall arrange a conference call and contact the Court on a single line at **(303) 335-2770** to participate.

    Dated:  August 9, 2011