IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01389-WJM-KLM

GENETIC TECHNOLOGIES LIMITED, an Australian corporation,

     Plaintiff,

v.

AGILENT TECHNOLOGIES, INC., a Delaware corporation,
BRISTOL-MYERS SQUIBB COMPANY, a Delaware corporation,
EUROFINS STA LABORATORIES, INC., a Colorado corporation,
GLAXOSMITHKLINE PLC, a British company,
HOLOGIC, INC., a Delaware corporation,
MERIAL L.L.C., a Delaware limited liability company,
NAVIGENICS, INC., a Delaware corporation,
NEOGEN CORPORATION, a Michigan corporation,
PFIZER INC., a Delaware corporation, and
454 LIFE SCIENCES CORPORATION, a Delaware corporation,

     Defendants.
_____

# MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Plaintiff's **Unopposed Motion for Leave to File First Amended Complaint** [Docket No. 132; Filed September 16, 2011] ("Initial Motion") and **Amended Unopposed Motion for Leave to File First Amended Complaint** [Docket No. 147; Filed September 16, 2011] ("Amended Motion").  Defendants do not oppose the filing of an amended complaint, but make clear that they retain the right to challenge the sufficiency of the amended complaint.  *Am. Motion*, Docket No. 147 at 5-6.  Accordingly,

     IT IS HEREBY **ORDERED** that the Amended Motion [Docket No. 147] is **GRANTED**. The Clerk of the Court shall accept Plaintiff's Amended Complaint [Docket No. 147-1] for filing as of the date of this Order.  Defendants shall answer or otherwise respond to the Amended Complaint on or before **October 3, 2011**.

     IT IS FURTHER **ORDERED** that the Initial Motion [Docket No. 132] is **DENIED AS MOOT**.

     IT IS FURTHER **ORDERED** that the Rule 26(f) Scheduling Conference is set for **November 1, 2011**, at **11:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers

United States Courthouse, 1929 Stout Street, Denver, Colorado.  Counsel for the parties must appear in person or by telephone.  Any attorney who wishes to appear by telephone must file a motion seeking permission to do so no later than five (5) Court business days before the Rule 26(f) conference.  The proposed scheduling order shall be submitted on the patent order form on or before **October 27, 2011**.

Dated: September 19, 2011