## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kristen L. Mix

| | |
|---|---|
| **Civil Action No.: 11-cv-01389-WJM-KLM** | **FTR** - Reporter Deck - Courtroom C-204 |
| | Byron G. Rogers United States Courthouse |
| **Date: October 12, 2011** | Courtroom Deputy, Monique Wiles |

| | |
|---|---|
| GENETIC TECHNOLOGIES LIMITED | Benjamin Baughman Lieb |
| | Hiwot M. Covell |
| | Robert R. Brunelli |
| **Plaintiff(s),** | |
| v. | |
| AGILENT TECHNOLOGIES, INC. | Aaron S. Jacobs (by phone) |
| | Christopher J. Harnett (by phone) |
| | David B. Wilson |
| | Matthew E. Johnson |
| BRISTOL-MYERS SQUIBB COMPANY | Tracey C. Allen (by phone) |
| EUROFINS STA LABORATORIES, INC. | Ryan J. Fletcher |
| | David W. Nelmark (by phone) |
| HOLOGIC, INC. | David B. Wilson |
| MERIAL, L.L.C | Bruce A. Featherstone |
| | John P. Elsevier (by phone) |
| PFIZER, INC. | Stephen C. Holmes (by phone) |
| 454 LIFE SCIENCES CORPORATION | Grantland G. Drutchas |
| | Nancy G. Tinsley (by phone) |
| GENESEEK, INC. | Anita G. Fox (by phone) |
| **Defendant(s).** | |

### COURTROOM   MINUTES   /   MINUTE   ORDER

**HEARING:   MOTIONS HEARING**
**Court in Session:  10:05 a.m.**
Court calls case.   Appearances of counsel.

This matter is before the Court regarding **Defendants' Motion for a Stay and to Vacate Scheduling Conference and Related Pre-Conference Deadlines** [Docket No. 183, filed 10/5/2011].

Counsel present arguments.

**It is ORDERED:**     **Defendants' Motion for a Stay and to Vacate Scheduling Conference and Related Pre-Conference Deadlines** [Docket No. 183, filed 10/5/2011] is **TAKEN UNDER ADVISEMENT.** The Court will issue a written order by the end of the week.

HEARING CONCLUDED.

**Court in recess: 10:51 a.m.**
Total In-Court Time:   46 minutes
To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.