**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix**

| | |
|---|---|
| **Civil Action No.: 11-cv-01389-WJM-KLM** | **FTR** - Reporter Deck - Courtroom C-204<br>Byron G. Rogers United States Courthouse |
| **Date: October 12, 2011** | Courtroom Deputy, Monique Wiles |

| | |
|---|---|
| GENETIC TECHNOLOGIES LIMITED | Benjamin Baughman Lieb<br>Hiwot M. Covell<br>Robert R. Brunelli |
| **Plaintiff(s),** | |
| v. | |
| AGILENT TECHNOLOGIES, INC. | Aaron S. Jacobs (by phone)<br>Christopher J. Harnett (by phone)<br>David B. Wilson<br>Matthew E. Johnson |
| BRISTOL-MYERS SQUIBB COMPANY | Tracey C. Allen (by phone) |
| EUROFINS STA LABORATORIES, INC. | Ryan J. Fletcher<br>David W. Nelmark (by phone) |
| HOLOGIC, INC. | David B. Wilson |
| MERIAL, L.L.C | Bruce A. Featherstone<br>John P. Elsevier (by phone) |
| PFIZER, INC. | Stephen C. Holmes (by phone) |
| 454 LIFE SCIENCES CORPORATION | Grantland G. Drutchas<br>Nancy G. Tinsley (by phone) |
| GENESEEK, INC. | Anita G. Fox (by phone) |
| **Defendant(s).** | |

**COURTROOM   MINUTES  /  MINUTE   ORDER**

**HEARING:   MOTIONS HEARING**
**Court in Session:  10:05 a.m.**
Court calls case.    Appearances of counsel.

This matter is before the Court regarding **Defendants' Motion for a Stay and to Vacate Scheduling Conference and Related Pre-Conference Deadlines** [Docket No. 183, filed 10/5/2011].

Counsel present arguments.

| | |
|---|---|
| **It is ORDERED:** | **Defendants' Motion for a Stay and to Vacate Scheduling Conference and Related Pre-Conference Deadlines** [Docket No. 183, filed 10/5/2011] is **TAKEN UNDER ADVISEMENT.** The Court will issue a written order by the end of the week. |

HEARING CONCLUDED.

**Court in recess: 10:51 a.m.**
Total In-Court Time:   46 minutes
To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.