IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01389-WJM-KLM

GENETIC TECHNOLOGIES LIMITED,
an Australian corporation,

      Plaintiff,

v.

AGILENT TECHNOLOGIES, INC., a Delaware corporation;
BRISTOL-MYERS SQUIBB COMPANY, a Delaware corporation;
EUROFINS STA LABORATORIES, INC., a Colorado corporation;
GENESEEK, INC., a Nebraska corporation;
GLAXOSMITHKLINE LLC, a Delaware company;
HOLOGIC, INC., a Delaware corporation;
MERIAL L.L.C., a Delaware limited liability company;
PFIZER INC., a Delaware corporation; and
454 LIFE SCIENCES CORPORATION, a Delaware corporation;

      Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT HOLOGIC, INC.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Genetic Technologies Limited and Defendant Hologic, Inc., through their undersigned counsel, hereby dismiss all claims, counterclaims, and affirmative defenses asserted against each other in this action, with prejudice, with each party to bear its own attorney's fees and costs.

Respectfully submitted this 19th day of October, 2011.

| | |
|---|---|
| By: s/ Robert R. Brunelli<br>Robert R. Brunelli<br>Todd P. Blakely<br>Benjamin B. Lieb<br>Hiwot M. Covell<br>SHERIDAN ROSS P.C.<br>1560 Broadway, Suite 1200<br>Denver, CO  80202-5141<br>303.863.9700 (Telephone)<br>303.863.0223 (Fax)<br>Email: rbrunelli@sheridanross.com<br>          tblakely@sheridanross.com<br>          blieb@sheridanross.com<br>          hcovell@sheridanross.com<br><br>*Attorneys for Plaintiff Genetic Technologies Limited* | By: s/ George Green<br>George Green<br>Arnold & Porter LLP<br>370 Seventeenth Street<br>Suite 4500<br>Denver, Colorado 80202-1370<br>Telephone: 303.863.1000<br>Facsimile: 303.832.0428<br>George.Green@aporter.com<br><br>Matthew Wolf<br>Arnold & Porter LLP<br>555 Twelfth Street, N.W.<br>Washington, DC 20004<br>Telephone: 202.942.5000<br>Facsimile: 202.942.5999<br>Matthew.Wolf@aporter.com<br><br>Wallace Wu<br>Arnold & Porter LLP<br>777 South Figueroa Street, Forty-Fourth Floor<br>Los Angeles, California 90017-5844<br>Telephone: 213.243.4000<br>Facsimile: 213.243.4199<br>Wallace.Wu@aporter.com<br><br>*Attorneys for Defendant Hologic, Inc.* |

CERTIFICATE OF SERVICE

  I hereby certify that on this 19th day of October, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

               s/ Lori R. Brown
               Lori R. Brown
               Assistant to Robert R. Brunelli/Benjamin B. Lieb
               SHERIDAN ROSS P.C.
               1560 Broadway, Suite 1200
               Denver, CO  80202-5141
               Telephone:  303-863-9700
               Facsimile:  303-863-0223
               Email:  lbrown@sheridanross.com
               litigation@sheridanross.com