IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01389-WJM-KLM

GENETIC TECHNOLOGIES LIMITED, an Australian corporation,

    Plaintiff and Counter Defendant,

v.

AGILENT TECHNOLOGIES, INC., a Delaware corporation,
BRISTOL-MYERS SQUIBB COMPANY, a Delaware corporation,
EUROFINS STA LABORATORIES, INC., a Colorado corporation,
MERIAL L.L.C., a Delaware limited liability company,
PFIZER INC., a Delaware corporation,
454 LIFE SCIENCES CORPORATION, a Delaware corporation,
GENESEEK, INC., a Nebraska corporation, and
GLAXOSMITHKLINE LLC, a Delaware corporation,

    Defendants;

BRISTOL-MYERS SQUIBB COMPANY, a Delaware corporation, and
EUROFINS STA LABORATORIES, INC., a Colorado corporation,

    Counter Claimants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Unopposed Motion of Defendant 454 Life Sciences Corporation to Appear by Telephone at the Rule 26(f) Scheduling Conference** [Docket No. 235; Filed November 10, 2011] and the **Unopposed Motion of Bristol-Myers Squibb Company for Leave for Counsel to Appear by Telephone at the Scheduling Conference** [Docket No. 237; Filed November 11, 2011] (collectively, the "Motions").

    IT IS HEREBY **ORDERED** that the Motions are **GRANTED**.  On the date and time of the conference, all counsel who have been given permission to appear by telephone shall arrange a conference call and contact the Court on a single line at **(303) 335-2770** to participate.

    Dated:  November 14, 2011